IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

July 27, 2009

Charles R. Fulbruge III
Clerk

No. 07-40651

CODY WHEELER; DON DAVIS; DAVEY WILLIAMS

Plaintiffs-Appellees

vs.

PILGRIM'S PRIDE CORP

Defendant-Appellant

- - - - -
Appeal from the United States District Court for the
Eastern District of Texas
- - - - -

ON PETITION FOR REHEARING EN BANC

(Opinion July 21, 2008, 5 Cir., 2008, _____F.3d____)

(July 27, 2009)

BEFORE:  JONES, Chief Judge, KING, JOLLY, DAVIS, SMITH, WIENER,
         BARKSDALE, GARZA, BENAVIDES, STEWART, DENNIS, PRADO,
         OWEN, ELROD, SOUTHWICK and HAYNES, Circuit Judges.[1]

BY THE COURT:

A member of the court having requested a poll on the
petition for rehearing en banc, and a majority of the circuit
judges in regular active service and not disqualified having
voted in favor,

It is ordered that this cause shall be reheard by the court
en banc with oral argument on a date hereafter to be fixed.  The
Clerk will specify a briefing schedule for the filing of
supplemental briefs.

---

[1]Judge Clement is recused and did not participate.